

101 G REENWICH S TREET
22 ND F LOOR
N EW Y ORK , N EW YORK 10006
(212) 766-1888
F AX (212) 766-3252
WWW . MDAFNY . COM

June 1, 2023

**VIA ECF**
Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    **JAMES v. CITY OF NEWBURGH, et al.**
                Docket No.: 7:21-cv-01673 (CS)
                Our File No.: (MCS) 75692

Dear Judge Seibel:

        This firm now represents the defendants, the City of Newburgh, Police Officer Myra Rude, Police Officer Christopher Flaherty, Detective Aaron Weaver, Police Officer John Maguire, and Police Officer Roman Scuadroni (hereinafter referred to as "the City Defendants"), in the above-referenced matter. We write to the Court regarding the Court ordered discovery deadlines entered on May 18, 2023, and we respectfully request a further extension of 30 days of all discovery deadlines. Specifically, the City Defendants respectfully request that the fact deposition deadline be extended from July 5, 2023 to August 4, 2023; the fact discovery deadline be extended from August 7, 2023 to September 6, 2023; expert discovery be extended from October 6, 2023 to November 6, 2023; the deadline for requests to admit and further interrogatories be extended from June 5, 2023 to July 5, 2023; and corresponding adjournments of the Status Conference and deadlines to file any pre-motion letters associated with same.

        Please be advised that this firm has just been assigned to take over the representation of the City Defendants in this matter. We have not yet received the file from the City Defendants' prior counsel's office, and we are in the process of obtaining the same as quickly as possible. We understand that the file is quite voluminous and once we receive the file, we will need time to review the entirety of its contents. We have also been advised that there will be a large number of depositions that must then be held. Accordingly, it is respectfully submitted that since new counsel has been assigned to represent the City Defendants, we will need the requested 30-day extension of all current discovery deadlines in order to sufficiently get up to speed in this matter.

*Page -2-*
*Honorable Cathy Seibel*
*Southern District of New York*
<u>*James v. City of Newburgh, et al.*</u>

      It is respectfully submitted that this is the City Defendants' first request since being assigned new counsel to extend the discovery deadlines in this matter. We have discussed this application with plaintiff's counsel, and he consents to this request.

      We thank the Court in advance for its consideration of this matter.

                Respectfully submitted,

                KENNETH E. PITCOFF

KEP/bl

cc: All Parties of Record via ECF