

**eeplaw.com**
**80 Pine Street, 38th Floor**
**New York, New York 10005**
**T. 212.532.1116 F. 212.532.1176**

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

July 17, 2023

<u>BY ECF</u>
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *James v. City of Newburgh, et al.*, 21 CV 1673 (CS)

Your Honor:

    I represent plaintiff in the above-referenced matter. Pursuant to Section 5 of the Amended Civil Case Discovery Plan and Scheduling Order dated January 31, 2023 (DE #65), I write jointly with defendants to respectfully submit the parties' proposed expert discovery plan for the Court's review.

    If it should please the Court, the parties have conferred and respectfully propose the following schedule for expert discovery:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures due by: | August 22, 2023 |
| Defendants' Rule 26(a)(2) disclosures due by: | September 19, 2023 |
| All expert depositions to be completed by: | October 6, 2023 |

Thank you for your attention to this matter.

    Respectfully submitted,

    Gabriel P. Harvis

cc:    Defense Counsel