UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KENYATTA JAMES,

                              Plaintiff,                      **SCHEDULING ORDER**

              -against-                             21 Civ. 1673 (CS) (AEK)

POLICE OFFICER MYRA RUDE, DETECTIVE
AARON WEAVER, and POLICE OFFICER JOHN
MAGUIRE,

                              Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Monday, September 29, 2025, at 9:30 a.m.**

      On or before **September 25, 2025**, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. By **September 16, 2025**, Plaintiff must make at least one concrete settlement demand, and by **September 23, 2025**, Defendants must make at least one concrete settlement offer. These figures must be reported in the pre-conference letters. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      It is the Court's standard practice to require parties—and not just counsel—to attend settlement conferences. As current municipal employees, however, none of the Defendants are required to appear personally. Instead, defense counsel must arrange to have the appropriate representative from the City of Newburgh either attend the conference or be available by

telephone during the conference.  To the extent one or more liability insurance carriers are involved in this matter on behalf of the Defendants, a decision-making representative of each carrier must attend unless specifically excused by the Court.

This conference will be conducted by video, using Microsoft Teams.  A link and instructions will be provided to the parties by email prior to the conference.  Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: September 2, 2025
       White Plains, New York

                                                    **SO ORDERED.**

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge