UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kenyatta James,<br><br>   *Plaintiff*,<br><br>  v.<br><br>City of Newburgh, *et al.*,<br><br>   *Defendants*. | NOTICE OF PLAINTIFF'S MOTIONS *IN LIMINE*<br><br>21 CV 1673 (CS) |

 **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Gabriel P. Harvis dated September 17, 2025, and all exhibits annexed thereto, plaintiff Kenyatta James will move this Court, before the Honorable Cathy Seibel, United States District Judge, at the United States Courthouse, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on a date and time to be set by the Court, for an order *in limine*:

1. Precluding defendants from introducing certain categories of inadmissible evidence as set forth in plaintiff's Memorandum of Law; and
2. Granting such other and further relief as the Court deems just and proper.

 Pursuant to the order dated September 9, 2025, oppositions shall be filed by October 1, 2025.

Dated: New York, New York
    September 17, 2025

                 Elefterakis, Elefterakis & Panek

                 _____
                 Gabriel P. Harvis
                 Baree N. Fett
                 80 Pine Street, 38th Floor
                 New York, New York 10005
                 (212) 532-1116

                 *Attorneys for plaintiff Kenyatta James*