UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kenyatta James,<br><br>      *Plaintiff*,<br><br>-against-<br><br>City of Newburgh, *et al*.<br><br>      *Defendants*. | **DECLARATION OF**<br>**GABRIEL P. HARVIS**<br><br>21 CV 1673 (CS) |

 Gabriel P. Harvis declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

 I am a partner in the law firm of Elefterakis, Elefterakis & Panek, attorneys for plaintiff Kenyatta James. As such, I am fully familiar with the facts and circumstances of this case. I submit this declaration in support of plaintiff's motions *in limine*.

### Exhibits to Plaintiff's Motions *in Limine*

1. Annexed hereto as Exhibit 1 is a copy of the Pre-Sentence Investigation Report, dated December 7, 2016.

2. Annexed hereto as Exhibit 2 are copies of twenty-three photographs produced by defendants.

3. Annexed hereto as Exhibit 3 is a copy of the transcript from plaintiff's sentencing hearing, dated January 31, 2012.

Dated: September 17, 2025
    New York, New York

                         _____
                           Gabriel P. Harvis