## PreSentence Investigation Report — ORIGINAL



### PRESENTENCE INVESTIGATION REPORT FACESHEET

| County | Orange |
|---|---|
| Primary Court Case # | 382-2011 |
| Agency Code | NY035013G |
| Court | ORANGE COUNTY COURT |
| Inv Probation Officer | Lisa Estrada |
| Date Ordered | 10/28/2016 |
| Probation PIN | 2011-0001705 |
| Investigation Case # | CCI-382-2011A |
| Date Completed | 12/07/2016 |

### A. PERSONAL INFORMATION

| Field | Value |
|---|---|
| Name (Last, First, Middle) | James, Kenyatta Jabore |
| Maiden Name | |
| Aliases | Beander, Nate; James, Kenneth; James, Marcus |
| Present Address/Mailing Address | 128 Lander Street, Newburgh, NY 12550 |
| Telephone Number | |
| Total # in home | 6 |
| Date Of Birth | 1977 |
| Age | 39 |
| Sex | Male |
| Height | 5'8" |
| Weight | 160 |
| Eyes | Brown |
| Hair | Black |
| Marital Status | Single (never married) |
| Social Security | [redacted] |
| Military Service | Non-Veteran |
| Ethnic Origin | Not Hispanic |
| Race | Black |
| Place of Birth | Yonkers, NY |
| Citizenship | USA |
| English Speaking | Yes |
| ICE Status | US Born |
| Immigration # | |
| Annual Income | |
| Employment Status | Inmate |
| Employer | |
| Education Level | GED |
| School Status | |
| School | |

### B. PRESENT COURT PROCEEDING

| Judge | Craig Stephen Brown |
|---|---|
| Prosecuting / Presentment Attorney | Orange County District Attorney |
| Counsel / Law Guardian Name and Address | |

| Court Case # | CJTN | Offense Date | Arrest Date | Info / Indict / Petition Date | Conviction / Adjudication Date |
|---|---|---|---|---|---|
| 382-2011 | 64328975R | 07/30/2010 | 07/30/2010 | 07/06/2011 | 10/28/2016 |

| Court Case # | Info / Indict Charges / Nature of Petition | Final Conviction / Adjudication Charges | By |
|---|---|---|---|
| 382-2011 | PL 265.02 01 D F 3 - Criminal Possession Weapon-3rd: Previous Conviction - 1 ct(s)<br><br>PL 265.01 02 A M 4 - Criminal Possession Weapon-4th:Intent To Use - 1 ct(s)<br><br>PL 160.15 03 B F 1 - Robbery-1st:Use/Threatens Use Of Dangerous Instrument - 1 ct(s) | PL 160.15 03 B F 1 - ROBBERY-1ST:USE DANGER INSTRMT - 1 ct(s)<br><br>PL 265.02 01 D F 3 - CRIM POSS WEAP-3RD:PREV CONV - 1 ct(s) | Verdict |

### C. LEGAL INFORMATION

## PreSentence Investigation Report

| NYSID | Local Client ID | FBI Number |
|---|---|---|
| ▮ | | ▮ |

| Court Case # | Status of Defendant / Respondent | Detention Date |
|---|---|---|
| 382-2011 | Detention | 07/30/2010 |

| | | | |
|---|---|---|---|
| **Designated Felon** | | **Youthful Offender** | |
| **Predicate Felon** | Yes | | |
| **Domestic Incident Report** | No | Eligible | Not Applicable |
| **Domestic Violence** | No | Recommended | Yes |
| **DNA Status*** | Designated Offense | | |
| **DNA Collection Required*** | Yes | **Certificate of Relief from Disabilities by Court** | |
| **DNA Collection Date*** | 08/02/2010 | Eligible | No |
| **Fingerprintable Offense** | Yes | Recommended | No |
| **SORA Registerable Case*** | No | | |
| **Juvenile Offender** | No | | |

*Not applicable, if adjudicated YO

| Scheduled Sentence / Disposition Date | Actual Sentence/Disposition Date |
|---|---|
| 12/13/2016 | |

| Sentence / Disposition |
|---|
| |

| Court Case # | Drugs Used at Offense | Alcohol Used at Offense | BAC | BAC Test Refused | Personal Injury or Fatality |
|---|---|---|---|---|---|
| 382-2011 | No | No | | | Injury |

| Number of Other Pending Charges / Petitions | 0 |
|---|---|
| Number of Prior Court Convictions / Adjudications | 8 |

| Prior DWI / DWAI Convictions | Number of DWI / DWAI Convictions in Last 5 Years | Drivers License # |
|---|---|---|
| 0 | 0 | NY-864343400 |

### D. CO-DEFENDANTS / CO-RESPONDENTS

| Court Case # | Name | Age | Address | | NYSID |
|---|---|---|---|---|---|

### E. PARENTS AND/OR SPOUSE (INCLUDES STEP-FAMILY)

| Name | Relation | Age | Address | Occupation | Comment |
|---|---|---|---|---|---|
| James, Stella | Mother | | Renwick Street, Newburgh, NY 12550 | Unknown | |

## PreSentence Investigation Report

### F. SIBLINGS AND CHILDREN (INCLUDES STEP-FAMILY)

| Name | Relation | Age | Address | Occupation | Comment |
|---|---|---|---|---|---|
| El Young, Shante' | Half-Sibling | | , Marlboro, NY | Registered Nurse | Age 30 |
| Hicks, Lasheeka | Sister | | 128 Lander Street, Newburgh, NY 12550 | Retail | Age 36 |

### G. VERIFICATIONS

| | Verified | In File | Method | Source | By Whom | Date |
|---|---|---|---|---|---|---|
| Date of Birth | Yes | Yes | Viewed | NYSDMV | Estrada, Lisa | 11/16/2016 |
| Citizenship | No | | | | | |
| Legal History | Yes | Yes | Viewed | E-Justice Rap Sheet | Estrada, Lisa | 11/16/2016 |
| Present Offense/Conviction | Yes | Yes | Viewed | OC Court Indictment - Prior Probation Record | Estrada, Lisa | 11/16/2016 |
| Current Address | Yes | No | Interviewed | Defendant | Estrada, Lisa | 11/17/2016 |
| Employment and Salary | No | | | | | |
| Mental Health | Yes | No | Interviewed | Defendant | Estrada, Lisa | 11/17/2016 |
| Physical Health | Yes | No | Interviewed | Defendant | Estrada, Lisa | 11/17/2016 |
| Treatment Provider | | | | N/A | | |
| Education/Training | No | | | | | |
| Victim's Damages/Losses | No | | | | | |
| Military | | | | N/A | | |
| Other | No | | | | | |
| Other | No | | | | | |

### H. PROFESSIONAL LICENSES

| Type | License Number | Granted By |
|---|---|---|
| NONE | | |

### I. FIREARM LICENSES

| Type | License Number | Granted By |
|---|---|---|
| NONE | | |

### J. VEHICLES

## PreSentence Investigation Report

| Owner | Make | Model | Color | License Plate | VIN | License State |
|---|---|---|---|---|---|---|
| | | | | | | |

### K. IDENTIFICATION MARKS

| Location | Description |
|---|---|
| Left shoulder front | Tattoo: "Kenn" |

### LEGAL HISTORY

| Date | Court Case # | Court | Disposition Date | Disposition | Comment |
|---|---|---|---|---|---|
| 07/30/2010 | 382-2011 | ORANGE COUNTY COURT | | Instant Offense | |

Conviction: PL 160.15 03 B F 1 - ROBBERY-1ST:USE DANGER INSTRMT
Conviction: PL 265.02 01 D F 3 - CRIM POSS WEAP-3RD:PREV CONV
Indictment: PL 265.02 01 D F 3 - Criminal Possession Weapon-3rd: Previous Conviction
Indictment: PL 265.01 02 A M 4 - Criminal Possession Weapon-4th:Intent To Use
Indictment: PL 160.15 03 B F 1 - Robbery-1stUse/Threatens Use Of Dangerous Instrument

| Date | Court Case # | Court | Disposition Date | Disposition | Comment |
|---|---|---|---|---|---|
| 01/05/2001 | 2000-406 | Chemung County | 02/22/2002 | Found Guilty After Trial of Knowingly Make/Possess Dangerous Contraband and Att. Assault 2nd Degree; Sentenced to 3 1/2 Years NYSDOCS and 2-4 Years NYSDOCS. | 4/24/09: Released from DOCS - Reached MED |

Conv/Adj: PL 205.25 02 D F 1 - Knowingly Make/Possess Dangerous Contraband In Prison-1st Degree
Conv/Adj: PL 120.05 02 E F 2 - ATT Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
Ind/Inf/Arr/Pet: PL 205.25 02 D F 1 - Knowingly Make/Possess Dangerous Contraband In Prison-1st Degree
Ind/Inf/Arr/Pet: PL 120.05 02 E F 2 - ATT Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument

| Date | Court Case # | Court | Disposition Date | Disposition | Comment |
|---|---|---|---|---|---|
| 04/29/1997 | 3659-97 | New York County Supreme | 09/22/1997 | PG on 9/11/97 to Att. CSCS 3rd; Sentenced to 2 1/2 to 5 Years NYSDOCS; License suspended 6 Months | 4/24/09: Released from DOCS - Reached MED |

Conv/Adj: PL 220.39 01 B F 3 - Criminal Sale Controlled Substance-3rd:Narcotic Drug
Ind/Inf/Arr/Pet: PL 220.39 01 B F 3 - Criminal Sale Controlled Substance-3rd:Narcotic Drug

James, Kenyatta Jabore - 2011-0001705                              P2954 - 12/7/2016

## PreSentence Investigation Report

### LEGAL HISTORY

| Date | Court Case # | Court | Disposition Date | Disposition | Comment |
|---|---|---|---|---|---|
| 10/16/1996 | 96C013807 | New York County Criminal | 10/16/1996 | PG as charged; Sentenced to Time Served | |
| Conv/Adj: PL 165.15 03 A M 0 - Intent To Obtain Transportation Without Paying<br>Ind/Inf/Arr/Pet: PL 165.15 03 A M 0 - Intent To Obtain Transportation Without Paying | | | | | |
| 09/25/1996 | 96C012642 | New York County Criminal | 09/26/1996 | PG to Intent to Obtain Transportation W/O Paying; Sentend to CD and 2 Days Community Service | 11/27/96: Bench Warrant Issued<br>2/15/97: Resentenced to Time Served |
| Conv/Adj: PL 165.15 03 A M 0 - Intent To Obtain Transportation Without Paying<br>Ind/Inf/Arr/Pet: PL 165.15 03 A M 0 - Intent To Obtain Transportation Without Paying<br>Ind/Inf/Arr/Pet: PL 140.10 B M 3 - Criminal Trespass-3rd Degree | | | | | |
| 04/04/1996 | 2976-96 | New York County Supreme | 11/01/1996 | PG to Att. CSCS 3rd; Sentenced to 1 Year Jail | 10/2/96: Bench Warrant Issued<br>10/17/96: Returned on Warrant |
| Conv/Adj: PL 220.39 01 C F 3 - ATT Criminal Sale Controlled Substance-3rd:Narcotic Drug<br>Ind/Inf/Arr/Pet: PL 220.39 01 B F 3 - Criminal Sale Controlled Substance-3rd:Narcotic Drug<br>Ind/Inf/Arr/Pet: PL 220.16 01 B F 3 - Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell | | | | | |
| 02/12/1996 | 96N010794 | New York County Criminal | 02/13/1996 | PG to Intent to Obtain Transportation W/O Paying; Sentend to Time Served | |
| Conv/Adj: PL 165.15 03 A M 0 - Intent To Obtain Transportation Without Paying<br>Ind/Inf/Arr/Pet: PL 165.15 03 A M 0 - Intent To Obtain Transportation Without Paying<br>Ind/Inf/Arr/Pet: PL 140.10 B M 3 - Criminal Trespass-3rd Degree | | | | | |
| 12/03/1995 | 95N094497 | New York County Criminal | 06/04/1996 | Adj. YO; PG to CPW 4th; Sentenced to 30 months | 1/30/96: Bench Warrant Issued<br>4/5/96: Returned on Warrant |
| Conv/Adj: PL 265.01 01 A M 4 - Criminal Possession Weapon-4th:Firearm/Weapon<br>Ind/Inf/Arr/Pet: PL 265.01 01 A M 4 - Criminal Possession Weapon-4th:Firearm/Weapon<br>Ind/Inf/Arr/Pet: PL 221.10 01 B M 5 - Criminal Possession Of Marihuana-5th Degree:In A Public Place | | | | | |

## PreSentence Investigation Report

### LEGAL HISTORY

| Date | Court Case # | Court | Disposition Date | Disposition | Comment |
|---|---|---|---|---|---|
| 11/07/1995 | 95N087579 | New York County Criminal | 06/04/1996 | PG to Petit Larceny; Adj. YO; Sentenced to 30 Days | 11/8/95: Warrant Issued 4/5/96: Returned on Warrant |

Conv/Adj: PL 155.25  A M 0 - Petit Larceny
Ind/Inf/Arr/Pet: PL 165.40  A M 5 - Criminal Possession Stolen Property-5th Degree
Ind/Inf/Arr/Pet: PL 155.30  E F 4 - Grand Larceny-4th Degree

### ANALYSIS OF LEGAL HISTORY

The defendant's first recorded criminal offense occurred in 1995 at the age of 18. His last arrest and conviction in 2001 occurred while he was serving a prison sentence for drug possession. Probation records indicate that the defendant's arrest in 2001 occurred after stabbing a corrections officer in the neck after a disagreement over his food tray. He has amassed 8 prior convictions, two prior felonies, one a violent felony, all dealing with drug possession, assault and larceny.

James is currently 34 years old with the majority of his adult life spent incarcerated in the custody of NYS Department of Correctional Services or local jail.

The defendant is not listed as either a subject or victim of domestic violence in the New York State Domestic Incident Report Repository.

# PreSentence Investigation Report

## DESCRIPTION OF PRESENT OFFENSE

The present offense combines two Orange County Court Indictments. James was originally arrested on July 30, 2010, and charged with Robbery 1° leading to the filing of Orange County Court Indictment#464-2010. Subsequent to that date, while the defendant was remanded, he was charged with Criminal Possession of a Weapon 3° and Criminal Possession of a Weapon 4°, stemming from actions related to the July 30, 2010 arrest, leading to the filing of Orange County Indictment# 382-2011. Both indictments were merged on July 19, 2011, and James opted to take the case to a Jury Trial under Orange County Indictment# 382-2011. The indictment alleged that on July 30, 2010, the defendant did possess a dangerous instrument, a knife-like sawzall blade wrapped in tape with the intent to unlawfully use it against another person during the commission of a robbery.

On November 7, 2011, the defendant was found guilty following a Jury Trial of the crimes of Robbery 1°, a Class "B" Violent Felony and Criminal Possession of a Weapon 3°, a Class "D" Felony, with the Hon. Jeffrey G. Berry presiding. On January 31, 2012, he was subsequently sentenced to 17 Years and 7 Years respectively with 5 Years Post Release Supervision on each charge. James filed an appeal in this matter and on May 10, 2016, was granted a new trial. On October 28, 2016, the Hon Craig S. Brown presiding, James again was found guilty following a Jury Trial for the crimes of Robbery 1°, a Class "B" Violent Felony and Criminal Possession of a Weapon 3°, a Class "D" Felony. James remains incarcerated at the Orange County Jail pending sentence in the matter.

## ARRESTING OFFICER'S STATEMENT

When the initial Pre-Sentence Investigation was ordered, an attempt was made to contact the arresting officer from the City of Newburgh Police Department; however, there was no response to our inquiry. This officer again made an attempt to contact arresting and investigating officer in this matter. No response was received.

## DEFENDANT'S / RESPONDENT'S STATEMENT

The defendant was interviewed by this Officer on November 17, 2016 at the Orange County Jail. James stated that he did not commit any robbery. According to the defendant, on the date of the instant offense, he was visiting with an ex-girlfriend on Montgomery Street. He left there to go back home where he resided with his sister on Lander Street at that time. As he was crossing Grand Street, police surrounded him and ordered him to put his hands up. He was taken to the police station, never being told initially why he was in custody. He stated that he was wrongfully stopped by police, who eventually advised him that he fit the description of a robbery suspect. James stated that he did possess a knife; however, stated that the knife described by police and the only witness was black, and not sliver as alleged. He went on to state that there are numerous issues with this case, and he continues to verbalize his feeling that he has been wrongly accused and convicted of a crime he did not commit. He also stated that he is being prosecuted as a persistent violent felony offender and stated that he will provide this officer with legal statutes as to why he is correct and the District Attorney is completely wrong in this matter. He advised that the victim of this matter lied and could not positively identify him. James stated that he intends on once again appealing his conviction.

## PreSentence Investigation Report

### VICTIM INFORMATION / STATEMENT

The victim, Viola Villamore, was previously contacted by the Crime Victims Assistance Program in 2011 in an attempt to obtain a Crime Victim Impact Statement. The victim indicated at that time that she did not want to make a statement and that she was not seeking any restitution.

### SOCIAL CIRCUMSTANCES
### Family and Environment

James reported that he is one of three children born to his mother, Stella James. The defendant states that he never knew who his father was, but was informed by family members that when he was 6 years old, his father had been killed. James stated that reports that he was removed from his mother's care when he was very young as the result of allegations made to Child Protective Services that his mother was physically abusive. James acknowledged that his mother did use corporal punishment as a corrective measure for disobedience; however, he did not view it as excessive or abusive. After being removed from his mother's care, the defendant was placed in foster care, and lived with an aunt through marriage, Chrissy James. He reports that throughout his life, he has remained in contact with his younger siblings, who lived with his mother. He reports a good relationship with his aunt while growing up. He also reported that he was raised in Yonkers, NY and since the age of 13, he was raised by "the streets." The defendant reports that after he reached the age of 18, he was focused on ways to obtain money, which usually involved his being involved in illegal activities. He reports that he has no relationship with his mother, but a continued good relationship with his siblings.

Upon his release from prison in 2009 the defendant relocated to Orange County, New York area because that is where his sister, Lasheeka Hicks, resided. James stated that he resided with his sister for a time and also resided in Marlboro, NY for a short time as well. He stated that he does intended to reside with his sister again upon his release from prison as she continues to reside at the same address where she was living at the time he committed the instant offense.

### SOCIAL CIRCUMSTANCES
### Education, Employment, and Military

The defendant reports that he dropped out of school following completion of the fifth grade. He admitted that he never liked school and simply refused to go. He also claims that he obtained his General Equivalency Diploma while incarcerated in 2002.

James reported that prior to his 1997 prison sentence, he supported himself by selling drugs. After being released from prison in 2009, he worked several jobs through the assistance of temporary employment agencies. Most recently, he claimed employment at C&S Wholesalers. James admitted that his legal history is nearly non-existent.

The defendant has no history of service in the United States Military.

## PreSentence Investigation Report

### SOCIAL CIRCUMSTANCES
### Physical and Mental Health

The defendant reported that he is currently in good physical health. He reports that the only time he required medical assistance was while incarcerated. He reported severely hurting his back during one of numerous fights he has had while in prison. James denies ever seeking or needing the services of a mental health professional and reports that he is taking no prescription medication, now or in the past.

### SOCIAL CIRCUMSTANCES
### Drugs and Alcohol Usage / Treatment History

James reported that he first began drinking alcohol and smoking marijuana at age 12 or 13. He admits that he has always been a regular marijuana smoker and stated that he continues to smoke, even while incarcerated. James reports no history of substance abuse treatment and advised that he has never used any other illegal or controlled substance.

### SOCIAL CIRCUMSTANCES
### Other

### ASSESSMENT INFORMATION

| Type | Score | Instrument | Supervision Level | Criminogenic Needs |
|---|---|---|---|---|
| Initial | HIGH | COMPAS | Pending Classification | Aggression/Violence, Alcohol, Attitudes, Criminal Involvement, Education/Vocation, Family, Peer Associations, SubstanceAbuse |

## PreSentence Investigation Report

### EVALUATIVE ANALYSIS

Before the Court for sentencing, following his second jury trial, stands Kenyatta Jabore James, having been found guilty of Robbery 1°, Class "B" Violent Felony and Criminal Possession of a Weapon 3°, a Class "D" Felony. The instant offense accuses the defendant of robbing the victim at knifepoint, stealing her purse which contained approximately $200.00 and an iPhone. James continues to preach his innocence, although he has now been convicted by a jury of his peers on two occasions. Attached to this report, please find correspondence from the defendant as part of his Defendant's Memorandum, discussing all of the legal issues that he feels should be considered by Your Honor.

James reports that he was product of a somewhat dysfunctional family and admitted that he has been on his own for the most part since the age of 13. As an adult, the defendant has spent most of his life in prison and his criminal history appears to indicate an individual who is resistant to authority and has no respect for the law. He has a history of assaultive behavior, even while incarcerated and also admitted to living his free life committing crimes as his employment. He has a 5th grade education and limited employment history. James presents as an individual who has become completely institutionalized with no moral compass.

The COMPAS risk assessment tool identifies the defendant to be an extremely high risk for recidivism with criminogenic needs in the area of Criminal Involvement, History of Non-Compliance, Criminal Attitude, Responsivity Problems, Criminal Associates/Peers, Anger, Few Family Supports, , Substance Abuse, Vocational/Educational Problems, Financial Problems, and Social Environment. Due to this defendant's lengthy, violent and reoccurring criminal history, it is felt that any disposition in this matter other than incarceration would jeopardize public safety.

### RECOMMENDATION

Having been found guilty of two separate offenses, the defendant must be sentenced separately on each. For the conviction of Robbery 1°, Class "B" Felony, incarceration is mandatory.

With regard to the conviction of Criminal Possession of a Weapon 3°, a Class "D" Felony, it appears that the defendant is a Persistent Felony Offender. If prosecuted as such, incarceration is mandatory.

The defendant's DNA is already on file with the New York State DNA Databank.

### RECOMMENDED CONDITIONS

### CERTIFICATE OF RELIEF FROM DISABILITIES

As a multiple felony offender, the defendant is ineligible to receive a Certificate of Relief From Disabilities.

## PreSentence Investigation Report

**REQUEST TO EXEMPT PORTIONS OF REPORT FROM DISCLOSURE**

Respectfully Submitted,

Lisa Estrada  12/7/2016

Approved By

_[signature]_
**Probation Officer**

_[signature]_
**Supervising Probation Officer**