

120 South St







Google Maps    111 South St



Image capture: Jun 2012    © 2023 Google







Google Maps    111 South St



Newburgh, New York

Google Street View·

Aug 2018    See latest date

image capture: Aug 2018    © 2023 Google



**Google** Maps    111 South St



Newburgh, New York

Google Street View

Aug 2018    See latest date

image capture: Aug 2018   © 2023 Google



**2622**



2623



2624



2625



2626





2628



2629



2630



2632

2633



2634

**2635**

2636



2637



2638



**2639**